# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kenneth Frankiewicz,                      :
                                          :
                    Petitioner            :
                                          :
             v.                           :        No. 20 C.D. 2017
                                          :        Submitted:  September 1, 2017
Workers' Compensation Appeal              :
Board (Kinder Morgan, Inc.),              :
                                          :
                    Respondent            :

**PER CURIAM**

# **O R D E R**

NOW, this 21st day of February, 2018, it is ordered that the above-captioned Memorandum Opinion, filed November 14, 2017, shall be designated OPINION and shall be REPORTED.